# COMPLAINT/REMOVAL DISMISSAL

**United States District Court**

**Southern District of New York**

Mag. Judge Dkt. No. 14 MJ 2398 (UA)          Date December 16, 2019

USAO No. 2015 R 00798

The Government respectfully requests the Court to dismiss without prejudice the ✓ Complaint _____ Removal Proceedings in

*United States v.* Jose Alberto Ozuna

The Complaint/Rule 40 Affidavit was filed on October 27, 2014

✓ *U.S. Marshals please withdraw warrant.*

Thomas John Wright

ASSISTANT UNITED STATES ATTORNEY

Thomas John Wright

(Print name)

**SO ORDERED:**

Clvin Nathaniel Fot

_____          12/19/19

UNITED STATES MAGISTRATE JUDGE          DATE

---

Distribution:     White → Court          Yellow → U.S. Marshals          Green → Pretrial Services          Pink → AUSA Copy